**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN AND WESTERN DISTRICTS OF ARKANSAS**

IN RE:  BILLY RAY SAVAGE                                     CASE NO. 5:13-bk-11899 T
                                                             CHAPTER 13

**MODIFICATION OF CHAPTER 13 PLAN**

Comes now the Debtor(s) and for his modification to the original or modified Chapter 13 plan states:

1. **PAYMENT TO THE TRUSTEE**:

    The DEBTOR PROPOSES TO PAY $1340.00 PER MONTH TO THE TRUSTEE. CASE WILL COMPLETE IN 60 MONTHS.  PLAN DELINQUICIES WILL NOT BE CURED.

    Indicate how often the Debtor is paid by checking the

    ( ) weekly;     ( ) bi-weekly;     ( ) semi-mo;     ( ) monthly or
    ( ) other (if other, please specify):

2. **THE PLAN LENGTH** shall remain the same unless otherwise indicated below:
    ( ) Increase plan length to _____ months.
    ( ) Decrease plan length to _____ months.

    The Debtor proposes to pay all disposable income into the plan for the benefit of unsecured creditors for not less than the applicable commitment period (unless unsecured creditors are being paid in full (100%). The plan length shall not exceed 60 months.

3. **UNSECURED CREDITORS** **ARE TO BE PAID PRORATA.**

4. **MODIFIED TREATMENT OF EXISTING CREDITORS:**

    | CREDITOR | TREATMENT |
    |---|---|
    | US Railroad Retirement Board | Pre-petition debt is an overpayment for benefits in the amount $6,954.85 to be treated as a general unsecured creditor to be paid pro-rata. |

5. ALL OTHER PROVISIONS AS SET FORTH IN THE LAST CONFIRMED PLAN REMAINS THE SAME.


2-28-14                                                      /S/ Joycelyn  L. Bell
DATE                                                         Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS

IN RE:   BILLY RAY SAVAGE                                    CASE NO. 5:13-bk-11899 T
                                                             CHAPTER 13

### NOTICE OF OPPORTUNITY TO OBJECT TO
### AMENDED PLAN BEFORE CONFIRMATION

You are hereby notified that the Debtor has filed the attached modification to the plan pursuant to the 11 U.S.C. sections 1323, 1329 and Rule 3019 of the Rules of Bankruptcy Procedure.  Objections to Confirmation of the Plan as Modified must be filed in writing within 21 days from the date of this notice, with the Bankruptcy Court at 300 West Second, Little Rock, AR 72201, with copies to the Attorney for Debtor and Jack W. Gooding, Trustee, P.O. Box 8202, Little Rock, AR 72221-8202.

If objections to the Plan as Modified are filed, they will be set for hearing by subsequent notice.  If no objections are received, the Plan as Modified may be confirmed without further notice or hearing.

/S/ Joycelyn L. Bell
Joycelyn L. Bell
Attorney for Debtor
Law Office of Danyelle J. Walker, PLLC
323 Center Street, Suite 1315
Little Rock, AR  72201
(501) 374-1448

2-28-14
DATED

### CERTIFICATE OF MAILING

I, the undersigned, hereby certify that copies of the foregoing notice and attached Modification to Plan have been mailed to:

Jack W. Gooding, Trustee
P.O. Box 8202
Little Rock, AR 72221-8202

Legal Division
Dept. of Finance & Admin.
P.O. Box 1272
Little Rock, AR 72203

Legal Division
Employment Security Division
P.O. Box 2981
Little Rock, AR  72203

Internal Revenue Service
Special Procedures
P.O. Box 21125
Philadelphia, PA 19114

U.S. Attorney (Eastern)
P.O. Box 1229
Little Rock, AR  72203

U.S. Attorney (Western)
P.O. Box 1524
Fort Smith, AR  72902

And to all creditors whose names and addresses are set forth below:

| | | |
|---|---|---|
| Ameri Credit<br>P.O. Box 183853<br>Arlington, TX 76096 | Johnson's Warehouse Showroom<br>P.O. Box 930<br>Fordyce, AR 71742 | Tri Cap Investment partners<br>5 Industrial Way<br>Salem, NH 03079 |
| American Home Mortgage<br>4875 Belfort Road, Suite 130<br>Jacksonville, FL 32256 | LVNV Funding<br>P.O. Box 10584<br>Greenville, SC 29603 | UMC Hospital<br>c/o Collection Bureau Center<br>2355 Red Rock St, Suite 200<br>Las Vegas, NV 89146-3106 |
| Capital One<br>P.O. Box 85167<br>Richmond, VA 23285-5015 | Pine Bluff Cotton Belt<br>c/o Audriana Grisham<br>P.O. Box 13980<br>Maumelle, AR 72113 | Verizon Wireless<br>P.O. Box 3397<br>Bloomington, IL 61702 |
| Chevron Credit Bank<br>2001 Diamond Blvd. | Pine Bluff Radiologists<br>c/o Mid-South Adjustment<br>316 W. 6th Ste. A<br>Pine Bluff, AR 71601 | Wells Fargo Financial<br>P.O. Box 660449<br>Dallas, TX 75266 |
| Credit Bureau Central<br>2355 Red Rock Street #200<br>Las Vegas, NV 89146 | Portfolio Recovery Assoc.<br>P.O. Box 41067<br>Norfolk, VA 23541 | Wells Fargo Financial<br>4137 121st Street<br>Urbandale, IA 50323 |
| Diagnostic Center of Medicine<br>c/o Allied Collection<br>3080 S. Durango Road, 208<br>Las Vegas, NV 89117 | Premier Bankcard<br>P.O. Box 2208<br>Vacaville, CA 95696 | Wilson & Associates<br>1521 Merrill Dr.<br>Suite D-220<br>Little Rock, AR 72211 |
| First Premier<br>P.O. Box 5524<br>Sioux Falls, SD 57117-5524 | Quest Diagnostics<br>c/o Credit Bureau Central<br>2980 South Jones Blvd., #A<br>Las Vegas, NV 89146 | Billy Ray Savage<br>615 East 33rd Avenue<br>Pine Bluff, AR 71601 |
| GE Money Bank<br>P.O. Box 981084<br>El Paso, TX 79998-1084 | Railroad Retirement Board<br>844 Rush Street<br>Chicago, IL 60611 | United States Treasury<br>Special Procedures<br>P.O. Box 7101<br>Philadelphia, PA 19101 |
| Household Credit Services<br>P.O. Box 98706<br>Las Vegas, NV 89193-8706 | Recovery Management Systems<br>25 SE 2nd Ave., Suite 1120<br>Miami, FL 33131 | Robert J. Fehse<br>Attorney for AmeriCredit<br>88 Union Avenue, Suite 700<br>Memphis, TN 38103 |
| Jefferson Regional Medical Cen<br>c/o Mid-South Adjustment<br>316 West 6th, Suite A<br>Pine Bluff, AR 71601-4217 | Resurgent Capital<br>P.O. Box 10587<br>Greenville, SC 29603 | |

And to all attorneys who have filed any pleading herein, whose names and addresses are set forth below:

All done on this __28th__ day of _____February_____, 2014.

                                                    /S/ Joycelyn L. Bell
                                                  Joycelyn L. Bell