# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN AND WESTERN DISTRICTS OF ARKANSAS

| | |
|---|---|
| IN RE: BILLY RAY SAVAGE | CASE NO. 5:13-bk-11899 T |
| DEBTOR | CHAPTER 13 |

## MODIFICATION OF CHAPTER 13 PLAN

Comes now the Debtor(s) and for his modification to the original or modified Chapter 13 plan states:

1. **PAYMENT TO THE TRUSTEE:**

    The DEBTOR PROPOSES TO PAY $1427.00 PER MONTH TO THE TRUSTEE.

    Indicate how often the Debtor is paid by checking the

    ( ) weekly;   ( ) bi-weekly;   ( ) semi-mo;   ( ) monthly or
    ( ) other (if other, please specify):

2. **THE PLAN LENGTH** shall remain the same unless otherwise indicated below:

    ( ) Increase plan length to _____ months.
    ( ) Decrease plan length to _____ months.

    The Debtor proposes to pay all disposable income into the plan for the benefit of unsecured creditors for not less than the applicable commitment period (unless unsecured creditors are being paid in full (100%). The plan length shall not exceed 60 months.

3. **UNSECURED CREDITORS** are paid pro-rata.

4. **MODIFIED TREATMENT OF EXISTING CREDITORS:**

    | CREDITOR | TREATMENT |
    |---|---|
    | American Home Shield | Pre-petition arrearage amount to reduce to $7545.00. |

5. ALL OTHER PROVISIONS AS SET FORTH IN THE LAST CONFIRMED PLAN REMAINS THE SAME.


| | |
|---|---|
| 4-22-15 | /S/ Danyelle J. Walker |
| DATE | Attorney for Debtor |

## UNITED STATES BANKRUPTCY COURT
## EASTERN AND WESTERN DISTRICTS OF ARKANSAS

IN RE:  BILLY RAY SAVAGE             CASE NO.   5:13-bk-10693 T

### NOTICE OF OPPORTUNITY TO OBJECT TO
### MODIFIED PLAN AFTER CONFIRMATION

     You are hereby notified that the Debtor has filed the attached modification to the plan pursuant to the 11 U.S.C. sections 1323, 1329 and Rule 3019 of the Rules of Bankruptcy Procedure.  Objections to Confirmation of the Plan as Modified must be filed in writing within 21 days from the date of this notice, with the Bankruptcy Court at 300 West Second Street, Little Rock, AR 72201, with copies to the Attorney for Debtor and Jack W. Gooding, Trustee, P.O. Box 8202, Little Rock, AR  72221-8202.

     If objections to the Plan as Modified are filed, they will be set for hearing by subsequent notice.  If no objections are received, the Plan as Modified may be confirmed without further notice or hearing.

     /S/Danyelle J. Walker
     Joycelyn L. Bell
     Attorney for Debtor
     Law Office of Danyelle Walker, PLLC
     323 Center Street, Suite 1020
     Little Rock, AR  72201
     (501) 374-1448

4-22-15
DATED

### CERTIFICATE OF MAILING

     I, the undersigned, hereby certify that copies of the foregoing notice and attached Modification to Plan have been mailed to:

| | |
|---|---|
| Jack W. Gooding, Trustee<br>P.O. Box 8202<br>Little Rock, AR 72221-8202 | Legal Division<br>Dept. of Finance & Admin.<br>P.O. Box 1272<br>Little Rock, AR 72203 |
| Legal Division<br>Employment Security Division<br>P.O. Box 2981<br>Little Rock, AR  72203 | Internal Revenue Service<br>Special Procedures<br>P.O. Box 21125<br>Philadelphia, PA 19114 |
| U.S. Attorney (Eastern)<br>P.O. Box 1229<br>Little Rock, AR  72203 | U.S. Attorney (Western)<br>P.O. Box 1524<br>Fort Smith, AR  72902 |

And to all creditors whose names and addresses are set forth below:

| | | |
|---|---|---|
| **Ameri Credit** P.O. Box 183853 Arlington, TX 76096 (5146153) (cr) | **Center of Medicine** c/o Allied Collection 3080 S. Durango Road, 208 Las Vegas, NV 89117 (cr) | **Johnson's Warehouse Showroom** P.O. Box 930 Fordyce, AR 71742 (5146163) (cr) |
| **American Home Mortgage** P.O. Box 63170 Irving, TX 75063 (5146154) (cr) | **First Premier** P.O. Box 5524 Sioux Falls, SD 57117-5524 (5146159) (cr) | **LVNV Funding** P.O. Box 10497 Greenville, SC 29603 (5146164) (cr) |
| **AmeriCredit Financial Services, Inc.** PO Box 183853 Arlington, Texas 76096 (5155723) (cr) | **GE Money Bank** P.O. Box 981084 El Paso, TX 79998-1084 (5146160) (cr) | **LVNV Funding, LLC its successors and assigns as** assignee of HSBC Card Services (III) Inc. Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 (5279349) (cr) |
| **AmeriCredit Financial Services, Inc. dba GM Financ** P O Box 183853 Arlington, TX 76096 (5147643) (cr) | **Household Credit Services** P.O. Box 98706 Las Vegas, NV 89193-8706 (5146161) (cr) | |
| **Capital One** P.O. Box 85167 Richmond, VA 23285-5015 (5146155) (cr) | **Jefferson Regional Medical Cen** c/o Mid-South Adjustment 316 West 6th, Suite A Pine Bluff, AR 71601-4217 (5146162) (cr) | **Pine Bluff Cotton Belt** c/o Audriana Grisham P.O. Box 13980 Maumelle, AR 72113 (5146165) (cr) |
| **Chevron Credit Bank** 2001 Diamond Blvd. (5146156) (cr) | | **Pine Bluff Cotton Belt FCU** P.O. Box 13980 Maumelle, AR 72113 (5227992) (cr) |
| **Credit Bureau Central** 2355 Red Rock Street #200 Las Vegas, NV 89146 (5146157) (cr) | **Jefferson Regional Medical Center** C/o Mid-South Adjustment Co., Inc. 316 West 6th St., Suite A Pine Bluff, Ar. 71601 (5152745) (cr) | **Pine Bluff Radiologists, Ltd.** C/o Mid-South Adjustment Co., Inc. 316 West 6th (5152746) (cr) |
| **Diagnostic** (5146158) | | |

| | | |
|---|---|---|
| St., Suite A<br>Pine Bluff, Ar. 71601 | **partners**<br>5 Industrial Way<br>Salem, NH 03079 | 1521 Merrill Dr.<br>Suite D-220<br>Little Rock, AR 72211 |
| **Portfolio Recovery Assoc**<br>P.O. Box 41067<br>Norfolk, VA 23541 (5146166) (cr) | **UMC Hospital**<br>c/o Collection Bureau Center<br>2355 Red Rock St, Suite 200<br>Las Vegas, NV 89146-3106 (5146173) (cr) | **Leslie N. Mann**<br>MACKIE WOLF ZIENTZ & MANN, P.C.<br>124 West Capitol, Suite 1560<br>Little Rock, AR 72201 |
| **Portfolio Recovery Assoc**<br>P.O. Box 12914<br>Norfolk, VA 23541-0914 (5146167) (cr) | **United States Treasury**<br>P.O. Box 7346<br>Philadelphia, PA 19101 (5146174) (cr) | |
| **Premier Bankcard**<br>P.O. Box 2208<br>Vacaville, CA 95696 (5146168) (cr) | **Verizon Wireless**<br>P.O. Box 3397<br>Bloomington, IL 61702 (5146175) (cr) | **Billy Ray Savage**<br>615 East 33rd Avenue<br>Pine Bluff, AR 71601 |
| **Quest Diagnostics**<br>P.O. Box 64797<br>Baltimore, MD 21264-4797 (5146169) (cr) | **Wells Fargo Bank NA**<br>PO Box 10438<br>Des Moines IA 50306-0438 (5171233) (cr) | |
| **Railroad Retirement Board**<br>844 Rush Street<br>Chicago, IL 60611 (5146170) (cr) | **Wells Fargo Financial**<br>1240 Office Plaza Drive<br>West Des Moines, IA 50266-2300 (5146176) (cr) | |
| **Recovery Management Systems**<br>25 SE 2nd Ave., Suite 1120<br>Miami, FL 33131 (5146171) (cr) | **Wells Fargo Financial**<br>4137 121st Street<br>Urbandale, IA 50323 (5146177) (cr) | |
| **Tri Cap Investment** (5146172) (cr) | **Wilson & Associates** | |

And to all attorneys who have filed any pleading herein, whose names and addresses are set forth below:

All done on this <u>  22nd  </u> day of <u>          April                    </u>, 2015.


                                                         <u>/S/Danyelle J. Walker       </u>
                                                         Danyelle J. Walker